AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:12-cv-13203-RHC-MAR
Hon. Robert H. Cleland

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Valerie Wright

Date of Service: Tue 7/31/12 7:48 pm

## Method of Service

____ Personally served at this address:

✓ Left copies at defendant's usual place of abode with (name of person): Jane Doe (God Daughter) 17165 Wormer Detroit MI 48219
B.F. (Dark Skin) 27-32 yrs 5'10"- 6' 130-150 lbs

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $ ____ Service $ 30.00 Total $ 30.00

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Arthur J Enderle Process Server

Signature of Server: [signature]

Date: 8/6/12

Server's Address: 18701 Grand River Ste 121 Detroit MI 48223

[notary signature]
ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne